IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GILBERTO T ROLON,

    Plaintiff,

v.                                                         CASE NO. 1:10-cv-00243-MP-GRJ

P BUHLER, et al,

    Defendants.

_____/

**O R D E R**

    Pending before the Court is Plaintiff's Motion for Stay. (Doc. 5.) Plaintiff requests the Court to stay his case to allow time for Plaintiff to receive inmate account information from the correctional institution and submit it to the Court. Plaintiff was directed to complete, sign and return the Prisoner Consent Form, signed by a prison official, and to provide inmate account information for the six months preceding the filing of this lawsuit, on or before December 29, 2010. (Doc. 4.) The Court will construe the motion as a request for additional time to submit this information. Accordingly, the motion (Doc. 5) construed as a request for additional time is **GRANTED**. Plaintiff shall have through **February 2, 2011**, to submit the requested information.

    **DONE AND ORDERED** this 5th day of January, 2011.

                                                    *s/ Gary R. Jones*
                                                    GARY R. JONES
                                                    United States Magistrate Judge